40438. HICKS v. KAPLAN.

DECIDED DECEMBER 2, 1963—REHEARING DENIED DECEMBER 12, 1963.

*B. P. Jackson, Jr., Peyton Miles,* for plaintiff in error.

*T. Ross Sharpe, T. Malone Sharpe, Marvin Hartley, Jr.,* contra.

FELTON, Chief Judge. The court erred in sustaining the general demurrer to the amended petition. The petition did not affirmatively show that the plaintiff was barred by her own neg-

ligence. *Belk Gallant Co. v. McCrary,* 88 Ga. App. 829 (78 SE2d 198); *Building Investments, Inc. v. Jackson,* 100 Ga. App. 827 (112 SE2d 359). The facts alleged in this case are similar to those alleged in *Wicker v. Roberts,* 91 Ga. App. 490 (86 SE2d 350) where the petition was held good as against a general demurrer. *Roberts v. Wicker,* 213 Ga. 352 (99 SE2d 84) is distinguishable from *Wicker v. Roberts,* supra, because the latter case was decided on the pleadings and the former on evidence. In this case actual *and* constructive knowledge of the dangerous condition is alleged. Contrary to defendant in error's contention such knowledge is alleged as a fact on information and belief and the petition does not allege that the plaintiff "is informed and believes" that such knowledge existed. *Pierce v. Rhodes,* 208 Ga. 554, 556 (67 SE2d 771). The petition also alleges that the dangerous condition was not immediately apparent to the public. *Scott v. Rich's, Inc.,* 47 Ga. App. 548 (171 SE 201); *Townley v. Rich's, Inc.,* 84 Ga. App. 772, 776 (67 SE2d 403).

*Judgment reversed. Eberhardt and Russell, JJ., concur.*